UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**RECKITT & COLMAN (Overseas) LTD.**
*a United Kingdom Private Limited*
*Company*, and

**RECKITT BENCKISER PHARMACEUTICALS,**
**INC.**, *a Delaware Corporation,*

                    **Plaintiffs,**

    -against-

**RUSH SALES, INC.**
a New York Corporation,

                    **Defendant.**
------------------------------------------------------------x

**ORDER**

04-CV-1542 (CBA)

Having reviewed plaintiffs' counsel's timesheets, the Court requires that plaintiff file and serve the following additional information by 5/27/05:

(1) the identity, background and experience of each attorney or paralegal who worked on the case, and that person's billing rate; and

(2) the law firm's policy with respect to time increments billed to a client.

    SO ORDERED.

Dated:    Brooklyn, New York
            May 24, 2005

                                        /s/
                                        **ROANNE L. MANN**
                                        **UNITED STATES MAGISTRATE JUDGE**